UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITTANY WILEY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br><br>ALTICE USA, INC.,<br><br>　　　　　　　Defendant. | Lead Case 20-CV-1297 (JMF) |
| EDWARD HELLYER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br><br>ALTICE USA, INC.,<br><br>　　　　　　　Defendant. | 20-CV-01410 (JMF)<br><br><br><br>[~~PROPOSED~~] ORDER DISMISSING NAMED PLAINTIFF BRITTANY WILEY |

JESSE M. FURMAN, United States District Judge:

On April 8, 2020, this Court ordered Plaintiffs to file a Consolidated Class Action Complaint adding additional named plaintiffs by May 4, 2020. In the same order, this Court ordered that Plaintiff Wiley and her individual factual allegations be dismissed from the action. *See* 20-CV-1297, ECF No. 29, ¶ 6. Plaintiffs have now filed a Consolidated Class Action Complaint, naming additional plaintiffs. *See* 20-CV-1297, ECF No. 30.

According, under Federal Rule of Civil Procedure 41(a)(2), Plaintiff Brittany Wiley is hereby dismissed from the Consolidated Action as a named plaintiff along with her factual allegations associated with her individual circumstances. This dismissal is without prejudice.

SO ORDERED.

*[signature]*

May 5, 2020