**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEVILLE MCFARLANE, DEANNA COTTRELL, EDWARD HELLYER, CARRIE MASON-DRAFFEN, HASEEB RAJA, RONNIE GILL, JOHN FRONTERA, SHARIQ MEHFOOZ, and STEVEN PANICCIA, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALTICE USA, INC., a New York Corporation <br><br> Defendant. | Lead Case No: 20-CV-1297-JMF (consolidated with 20-CV-1410-JMF) |

## NOTICE OF APPEAL

Notice is hereby given that, under Section 16(a) of the Federal Arbitration Act, 9 U.S.C. § 16(a), Defendant Altice USA, Inc. ("Altice") appeals to the United States Court of Appeals for the Second Circuit from the Court's April 15, 2021 Order (Dkt. No. 63) denying Altice's Motion To Compel Individual Arbitration Proceedings and Stay Litigation (Dkt. No. 47).

[*Signature Page to Follow*]

Dated:  May 17, 2021

Respectfully submitted,

**AKIN GUMP STRAUSS HAUER & FELD, LLP**

*/s/ Stephen M. Baldini*
Stephen M. Baldini
Stephanie Lindemuth
One Bryant Park
New York, NY 10036
Telephone:  (212) 872-1062
Fax:  (212) 872-1002
Email:  sbaldini@akingump.com
           slindemuth@akingump.com

Michelle A. Reed (*pro hac vice*)
Elizabeth D. Scott (*pro hac vice*)
2300 North Field Street
Suite 1800
Dallas, Texas 75201
Telephone:  (214) 969-2800
Fax:  (214)969-4343
Email:  mreed@akingump.com
           edscott@akingump.com

*Counsel for Defendant Altice USA, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed on May 17, 2021, with the Clerk of the United States District Court for the Southern District of New York, using its electronic case filing system, CM/ECF, thereby serving all counsel of record in this case.

*/s/ Stephen M. Baldini*
Stephen M. Baldini