UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
      :
NEVILLE MCFARLANE et al., *individually and on* :
*behalf of all others similarly situated*, :
      :    20-CV-1297 (JMF)
             Plaintiffs, :
      :    <u>ORDER</u>
          -v- :
      :
ALTICE USA, INC., :
      :
            Defendant. :
      :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On May 4, 2020, Plaintiffs filed a consolidated complaint naming nine plaintiffs on behalf of a putative class, including Melissa Pinson. ECF No. 30. On July 27, 2020, Plaintiffs filed an amended complaint again naming nine plaintiffs, but replacing Pinson with Steven Paniccia. ECF No. 42. The operative complaint similarly does not name Pinson as a plaintiff. ECF No. 59. Nevertheless, Pinson currently remains erroneously listed on the docket.

      Accordingly, the Clerk of Court is directed to terminate Melissa Pinson as a plaintiff in this case.

      SO ORDERED.

Dated: May 24, 2021
      New York, New York
                                            JESSE M. FURMAN
                                            United States District Judge