**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of September, two thousand twenty-one,

Edward Hellyer, Neville McFarlane, individually and on behalf of all others similarly situated, Haseeb Raja, individually and on behalf of all others similarly situated, Shariq Mehfooz, individually and on behalf of all others similarly situated, Melissa Pinson, individually and on behalf of all others similarly situated, DeAnna Cottrell, individually and on behalf of all others similarly situated, John Frontera, individually and on behalf of all others similarly situated, Carrie Mason-Draffen, individually and on behalf of all others similarly situated, Ronnie Gill, Steven Paniccia,

    Plaintiffs- Appellees,

Brittany Wiley, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

Altice USA, Inc., a New York Corporation,

    Defendant - Appellant.

**ORDER**

Docket No. 21-1290

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 1, 2021
```

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

**MANDATE ISSUED ON 09/01/2021**