# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEVILLE MCFARLANE, EDWARD HELLYER, DEANNA COTTRELL, CARRIE MASON-DRAFFEN, HASEEB RAJA, RONNIE GILL, JOHN FRONTERA, SHARIQ MEHFOOZ, STEVEN PANICCIA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ALTICE USA, INC., a New York Corporation,<br><br>    Defendant. | Lead Case: 1:20-cv-01297-JMF |

## ORDER STAYING DEADLINES

Upon consideration of the parties' notice of settlement in principle and stipulation to stay all deadlines pending completion of the class action settlement process ("Stipulation") and good cause appearing, the Stipulation is **GRANTED**.

All deadlines in this action are hereby stayed pending completion of the settlement process and the Court's determination whether to approve the class settlement. The parties shall file their settlement materials by April 27, 2022.

Dated: March 14, ___, 2022
    New York, New York

_____
JESSE M. FURMAN
United States District Judge

1