UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEVILLE MCFARLANE, EDWARD HELLYER, DEANNA COTTRELL, CARRIE MASON-DRAFFEN, HASEEB RAJA, RONNIE GILL, JOHN FRONTERA, SHARIQ MEHFOOZ, and STEVEN PANICCIA, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>ALTICE USA, INC., a New York Corporation,<br><br>   Defendant. | Lead Case No. 20-CV-1297 (consolidated with 20-CV-1410) |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support Plaintiffs' Motion for Final Approval of Settlement, the Declaration of William B. Federman in Support of Plaintiffs' Motion for an Award of Attorneys' fees, Reimbursement of Litigation Expenses, and Service Awards to Plaintiffs, its exhibits thereto, and all prior pleadings and proceedings had herein, Plaintiffs Neville McFarlane ("McFarlane"), Deanna Cottrell ("Cottrell"), Edward Hellyer ("Hellyer"), Carrie Mason-Draffen ("Mason-Draffen"), Haseeb Raja ("Raja"), Ronnie Gill ("Gill"), John Frontera ("Frontera"), Shariq Mehfooz ("Mehfooz"), and Steven Paniccia ("Paniccia"), individually and on behalf of the putative class, (collectively, "Plaintiffs") move this Court on October 7, 2022, at 2:45 p.m., pursuant to Federal Rule of Civil Procedure 23, for and Order: (1) granting final approval of the proposed Settlement; (2) certifying a class for

1

purposes of Settlement; and (3) entering Judgment and dismissing all claims. A [Proposed] Order for Final Judgment is attached hereto.

Dated: August 23, 2022                                    Respectfully submitted,

/s/ *William B. Federman*
William B. Federman
(S.D. New York #WF9124)
A. Brooke Murphy
(admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
(405) 235-1560
(405) 239-2112 (facsimile)
wbf@federmanlaw.com
abm@federmanlaw.com

*Class Counsel for Plaintiffs*


Cornelius P. Dukelow
**ABINGTON COLE + ELLERY**
320 South Boston Avenue, Suite 1130
Tulsa, Oklahoma 74103
Telephone and Facsimile: (918) 588-3400
*cdukelow@abingtonlaw.com*

*Additional Plaintiffs' Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *William B. Federman*
William B. Federman